Supreme Court of Illinois.    Certiorari denied.    *Walter F. Dodd* and *Hubert L. Will* for petitioners.    *William O. Morris* for respondent.

No. 202.    CALIFORNIA ET AL. *v.* UNITED STATES.    C. A. 9th Cir.    Certiorari denied.    *Edmund G. Brown,* Attorney General of California, *Walter L. Bowers,* Assistant Attorney General, and *James E. Sabine* and *Edward Sumner,* Deputy Attorneys General, for petitioners.    *Acting Solicitor General Stern, Acting Assistant Attorney General Slack* and *Fred E. Youngman* for the United States.

No. 204.    CONTINENTAL SOUTHERN LINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL.    United States Court of Appeals for the District of Columbia Circuit.    Certiorari denied.    *A. L. Wheeler* for petitioner.    *Solicitor General Perlman, Acting Assistant Attorney General Clapp, Ralph S. Spritzer, Emory T. Nunneley, Jr.* and *O. D. Ozment* for the Civil Aeronautics Board, respondent.

No. 208.    GRAND TRUNK WESTERN RAILROAD CO. *v.* ADEL PRECISION PRODUCTS CORP.    Supreme Court of Michigan.    Certiorari denied.    *H. V. Spike* and *Clayton F. Jennings* for petitioner.    *Walter S. Foster* for respondent.

No. 209.    WEISS *v.* SMITH.    C. A. 2d Cir.    Certiorari denied.    *William H. Timbers* for petitioner.    *Frederick E. Weinberg* for respondent.

No. 212.    A. GUSMER, INC. *v.* McGRANERY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN.    United States Court of Appeals for the District of Colum-